UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| | : | 3:01 CR. 00205 (SRU) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| GARY FALCETTA, | : | |
| | : | |
| Defendant. | : | |
| | : | FEBRUARY 2, 2005 |
| | : | |

**ENTRY OF APPEARANCE**

TO:   Clerk of the Court
      United States District Court
      915 Lafayette Boulevard
      Bridgeport, CT 06604

   Please enter the appearance of the undersigned, Michael P. Shea, as attorney for the defendant, Gary Falcetta, in the above-captioned action.

                              DEFENDANT,
                              GARY FALCETTA,


                              By _____
                                 Michael P. Shea (ct 19598)
                                 Day, Berry & Howard LLP
                                 CityPlace I
                                 Hartford, CT  06103
                                 (860) 275-0146
                                 Juris No. 14229
                                 His Attorneys

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, via first class mail, postage prepaid, to:

Sandra Slack Glover, Esq.
Assistant United States Attorney
915 Lafayette Blvd. Room 130
Bridgeport, CT  06604

_____
Jennifer L. Sachs