UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,, | : |
| | : 3:01-CR-00205 (SRU) |
| Plaintiff, | : |
| VS. | : |
| | : |
| GARY FALCETTA, | : |
| | : |
| Defendant. | : FEBRUARY 2, 2005 |
| | : |

## INDEX TO RECORD ON APPEAL

| DATE FILED | COURT DOC. NO. | DOCUMENT NAME | DOC. NO. |
|---|---|---|---|
|  | -- | Certified Copy of Docket Sheet | A |
| 08/09/01 | 10 | Initial Presentment | 1 |
| 08/09/01 | 11 | Order of Temporary Detention | 2 |
| 08/09/01 | 12 | Motion for Pretrial Detention | 3 |
| 08/14/01 | 26 | Detention Hearing | 4 |
| 08/23/01 | 43 | Indictment | 5 |
| 08/23/01 | -- | Arrest Warrant | 6 |
| 08/29/01 | 103 | Arraignment | 7 |
| 08/29/01 | -- | Plea of not guilty | 8 |
| 08/30/01 | 104 | Order Setting Conditions of Release | 9 |
| 11/09/01 | 109 | Change of Plea | 10 |

| Date | Doc # | Description | Page |
|---|---|---|---|
| 11/09/01 | 110 | Plea Agreement Letter | 11 |
| 11/09/01 | 111 | Sealed document by USA | 12 |
| 11/09/01 | -- | Plea of guilty | 13 |
| 11/20/01 | 118 | Motion by USA to Unseal Cooperation Agreement | 14 |
| 11/27/01 | -- | Endorsement Granting USA Motion to Unseal Cooperation Agreement | 15 |
| 12/06/01 | 131 | Motion to Modify Conditions of Release | 16 |
| 12/11/01 | -- | Endorsement Granting Motion to Modify Conditions of Release | 17 |
| 01/04/02 | 138 | Motion to Modify Conditions of Release | 18 |
| 04/12/02 | 151 | Order Granting Motion to Modify Conditions of Release | 19 |
| 07/07/02 | 183 | Bond Hearing | 20 |
| 08/12/02 | 184 | Order of Detention | 21 |
| 09/05/02 | 187 | Sentencing as to Travis Wright | 22 |
| 09/06/02 | 188 | Judgment as to Travis Wright | 23 |
| 09/23/02 | 192 | Transcript of Trial held on 7/15/02 as to Andre Osorio | 24 |
| 09/23/02 | 193 | Transcript of Trial held on 7/16/02 as to Andre Osorio | 25 |
| 09/23/02 | 194 | Transcript of Trial held on 7/17/02 as to Andre Osorio | 26 |
| 09/23/02 | 195 | Transcript of Trial held on 7/18/02 as to Andre Osorio | 27 |
| 09/25/02 | 196 | Motion to Postpone Sentencing | 28 |
| 10/06/02 | -- | Endorsement Granting Motion to Postpone Sentencing | 29 |
| 10/25/02 | 201 | Sentencing as to Alex Cole | 30 |
| 10/30/02 | 202 | Judgment as to Alex Cole | 31 |

| Date | Doc# | Description | Page |
|---|---|---|---|
| 11/05/02 | 203 | Motion to Postpone Sentencing | 32 |
| 11/07/02 | -- | Endorsement Granting Motion to Postpone Sentencing | 33 |
| 01/06/03 | 216 | Motion to Postpone Sentencing | 34 |
| 01/07/03 | -- | Endorsement Granting Motion to Postpone Sentencing | 35 |
| 04/09/03 | 226 | Motion to Postpone Sentencing | 36 |
| 04/15/03 | -- | Endorsement Granting Motion to Postpone Sentencing | 37 |
| 07/08/03 | 235 | Motion to Postpone Sentencing | 38 |
| 07/15/03 | -- | Endorsement Granting Motion to Postpone Sentencing | 39 |
| 08/01/03 | 242 | Motion to Change Place of Incarceration | 40 |
| 09/05/03 | 242 | Motion to Postpone Sentencing | 41 |
| 09/18/03 | -- | Endorsement Denying Motion to Change Place of Incarceration | 42 |
| 09/18/03 | -- | Endorsement Granting Motion to Postpone Sentencing | 43 |
| 10/15/03 | 248 | Motion for Downward Departure as to Shaun Evans | 44 |
| 10/15/03 | 249 | Memorandum in Support by USA as to Shaun Evans | 45 |
| 10/15/03 | 250 | Motion for Downward Departure as to Rigoberto Rendon | 46 |
| 10/15/03 | 251 | Memorandum in Support by USA as to Rigoberto Rendon | 47 |
| 10/22/03 | 252 | Sentencing Memorandum | 48 |
| 10/28/03 | 253 | Motion to Postpone Sentencing | 49 |
| 10/29/03 | 254 | Sentencing as to Rigoberto Rendon and Shaun Evans | 50 |
| 10/29/03 | 255 | Endorsement Order Granting Motion for Departure as to Shaun Evans | 51 |

| Date | Doc # | Description | Page |
|---|---|---|---|
| 10/29/03 | -- | Order Granting Motion for Departure as to Rigoberto Rendon | 52 |
| 10/29/03 | 257 | Judgment as to Rigoberto Rendon | 53 |
| 10/29/03 | 258 | Judgment as to Shaun Evans | 54 |
| 11/04/03 | 259 | Order Granting Motion to Continue Sentencing | 55 |
| 12/08/03 | 264 | Sentencing Memorandum and Omnibus Motions | 56 |
| 12/09/03 | 270 | Sentencing | 57 |
| 12/09/03 | 271 | Exhibit List by USA | 58 |
| 12/09/03 | 272 | Addendum to Sentencing Memorandum | 59 |
| 12/09/03 | 275 | Supplemental Sentencing Memorandum by USA | 60 |
| 12/12/03 | 273 | Judgment | 61 |
| 12/16/03 | 274 | Notice of Appeal | 62 |
| 01/07/04 | -- | Pre-Sentence Investigation Report Returned | 63 |
| 01/08/04 | 279 | Acknowledgment of Receipt of Pre-Sentence Investigation Report | 64 |
| 01/16/04 | 280 | Acknowledged Receipt of Notice of Appeal | 65 |
| 02/24/04 | 281 | Sentencing for Andre Osorio | 66 |
| 02/25/04 | 282 | Judgment as to Andre Osorio | 67 |
| 03/08/04 | 283 | USM Return of Service on Judgment | 68 |
| 08/09/04 | 286 | Mandate of US Court of Appeals | 69 |

        Defendant-Appellant,

        GARY FALCETTA

By  _____
        Michael P. Shea
        Jennifer L. Sachs
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, CT 06103-3499
        Telephone: (860) 275-0100
        Facsimile: (860) 275-0343
        Juris No. 14229
        His Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Sandra Slack Glover, Esq.
Assistant United States Attorney
915 Lafayette Blvd. Room 130
Bridgeport, CT  06604

_____
Jennifer L. Sachs