UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | CASE NO. |
| : | 3:01 CR. 00205 (SRU) |
| Plaintiff, : | |
| VS. : | |
| : | |
| GARY FALCETTA, : | |
| : | |
| Defendant. : | |
| : | FEBRUARY 9, 2005 |
| : | |

**MOTION TO OBTAIN PRE-SENTENCE REPORT**

Defendant Gary Falcetta, through his attorneys Day, Berry & Howard, LLP, respectfully moves this Court to enter an order releasing a copy of his Pre-Sentence Investigation Report ("PSR") to his current counsel. In support of his motion, Mr. Falcetta states as follows:

1.  Mr. Falcetta was sentenced by the Court on December 12, 2003, and timely filed a Notice of Appeal. His appeal before the United States Court of Appeals for the Second Circuit currently is pending.

2.  On January 27, 2005, Michael P. Shea of the law firm Day, Berry & Howard, LLP was appointed to represent Mr. Falcetta pursuant to the Criminal Justice Act.

3.  Mr. Falcetta and his new CJA counsel require access to the PSR in order to prepare his appeal.

WHEREFORE, Mr. Falcetta respectfully requests that this Court enter an Order (1) releasing a copy of the PSR to his CJA counsel, Michael P. Shea; and (2) granting such other and further relief as the Court deems just and proper.

          DEFENDANT,
          GARY FALCETTA,

By _____
    Michael P. Shea (ct 19598)
    Jennifer L. Sachs (ct 20684)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, CT  06103
    Juris No. 14229
    (860) 275-0100
    His Attorneys

## **CERTIFICATION**

  THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, via first class mail, postage prepaid, to:

Sandra Slack Glover, Esq.
Assistant United States Attorney
915 Lafayette Blvd. Room 130
Bridgeport, CT 06604

_____
Jennifer L. Sachs