UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

CONN/NHCt
01-CR-205
Under Seal
FILED
2005 FEB 16 P 3:56
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Roseann B. MacKechnie
CLERK

Date:              8/9/04
Docket Number:     04-0158-cr
Short Title:       USA v. Cole
DC Docket Number:  01-cr-205
DC:                DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:          Honorable Stefan Underhill

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 9th day of August, two thousand four.

USA

v.



Escobar

------------------------------------------

An order dismissing the appeal of defendant-appellant, Gary Falcetta, having been entered on August 2, 2004 for failure to comply with the scheduling order, and the defendant-appellant having filed the necessary papers, upon consideration thereof; it is ORDERED that the appeal be, and it hereby is reinstated. New counsel shall be appointed under the Criminal Justice Act,

For the Court,

Roseann B. MacKechnie, Clerk

By: [signature]
Motion Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by [signature]
DEPUTY CLERK

Certified: 2-8-05