UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | DOCKET NO. |
| | : | 01cr205 (SRU) |
| GARY FALCETTA | : | |
| | : | |
| | : | |
| | : | |

## ORDER

I have granted defendant's motion for re-sentencing. Accordingly, re-sentencing is scheduled for **September 15, 2005 at 10:00 a.m.**. The parties shall submit any briefs in aid of re-sentencing on or before **September 12, 2005.**

Entered at Bridgeport, Connecticut, this 24th day of August, 2005.

 /s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge