# EXHIBIT 3



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution*
*Elkton, Ohio 44415*

Date: 08-03-2004

Reply To
Attn Of: Nadine M. Schuller, L.I.E.

Subject: Falcetta, Gary - #14337-014 - Jail Credit

To: J&C File

The attached documentation was reviewed by Agent Mark Gollon, BICE in Cleveland, OH. He has confirmed that the above inmate is a derived U.S. Citizen and no detainer will be lodged. I have corrected his citizenship in Sentry.

COPY

State of New York)

ss:

County of New York)

Isabel Cristina Bastidas, being duly sworn, deposes and says:

I make this affidavit on behalf of my son, **Gary Roberto Falcetta Bastidas** to document my son's automatic acquisition of U.S. citizenship under former Section 321 of the Immigration & Nationality Act of 1952, as amended by P.L. 95-417 and repealed by P.L. 106-395. This section was in force at the time my son acquired U.S. citizenship status on January 12, 1994. A copy of the statute as it existed between December 24, 1952 and February 27, 2001 is attached for your information.

In order for Gary to qualify for automatic acquisition of U.S. citizenship on January 12, 1994, all of the following were required:

1. Naturalization of the mother of a child born of wedlock;

2. Child under the age of 18;

3. Lawful admission to the United States for permanent residence.

I attach my son's birth certificate and a translation into English. It shows that my son, Gary Roberto Falcetta Bastidas was born in Guayaquil, Ecuador on July 22, 1977, to me, his mother, Isabel Cristina Bastidas Moran, and to his father, Giuseppe Falcetta. As the birth certificate states, both his father and I were unmarried at the time of the birth. Gary's birth was registered on October 6, 1977.

I was never married Giuseppe Falcetta, Gary's father. Gary was born out of wedlock. I raised Gary alone without the assistance of his father.

I later was married to Jorge Delgado, and that marriage ended in divorce on July 17, 1987. I am now married to my present husband, Gustavo Alberto Leon Lopez. We were married in Ecuador on October 28, 2002. I attach copies of my divorce decree and of the marriage certificate to my present husband.

Gary became a lawful permanent resident on July 28, 1983. I attach a copy of his alien registration receipt card, A38-124-108. At that time, he was five years old.

I was naturalized as a U.S. citizen on January 12, 1994. This was the last of the conditions for Gary's automatic acquisition of citizenship to be fulfilled. On that date, January 12, 1994, Gary was 16 years old.

I make this statement to assist my son in proving his status as a U.S. citizen. It is true and correct to the best of my knowledge.

Isabel Bastidas

Isabel Cristina Bastidas

On this 22nd day of July, 2004 at New York, New York appeared before me Isabel Cristina Bastidas, who identified herself to mew and who signed the foregoing document acknowledging it as her lawful act and deed.

Terry K. Friedman

Notary Public

TERRY K. FRIEDMAN
Notary Public, State of New York
No. 60-4663044
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires May 31, 2007

ployed by a bona fide United
zation which is principally en-
ommunications media the dis-
ignificantly promotes United
recognized as such by the At-
employed continuously for a
er a lawful admission for per-
his application for naturaliza-
x months following the termi-
United States at the time of
before the Attorney General in
residence within the United
n of such employment, may be
l the requirements of this title
ecified period of physical pres-
State or district of the Service
f, shall be required.
ving spouse of a United States
ring a period of honorable serv-
Armed Forces of the United
l union with the citizen spouse
turalized upon compliance with
cept that no prior residence or
the United States, or within a
the United States shall be re-

TATES OF ONE ALIEN AND ONE
TH; CONDITIONS UNDER WHICH
IRED

child born outside of the Unit-
the time of the child's birth was
ents then was and never there-
nited States, shall, if such alien
citizen of the United States,

kes place while such child is
; and
the United States pursuant to
ent residence at the time of nat-

Fiscal Year 1990 (Pub. L. 101–193, Nov. 30,

UNITED STATES ARMY RUSSIAN INSTITUTE
he Immigration and Nationality Act (8 U.S.C.
ute, located in Garmisch, Federal Republic of
on described in clause (1) of this [sic] section.
eriods of employment before, on, or after the

e naturalized based on the provisions of sub-

e provisions of subsection (a) shall be reported
and House of Representatives and to the Se-
d the Permanent Select Committee on Intel-
ch naturalization.
ection should be a reference to "such" section.



uralization or thereafter and begins to reside permanently in the United States while under the age of eighteen years.

(b) Subsection (a) of this section shall apply to an adopted child only if the child is residing in the United States at the time of naturalization of such adoptive parent, in the custody of his adoptive parents, pursuant to a lawful admission for permanent residence.

CHILD BORN OUTSIDE OF UNITED STATES OF ALIEN PARENT; CONDITIONS UNDER WHICH CITIZENSHIP AUTOMATICALLY ACQUIRED

SEC. 321. [8 U.S.C. 1432] (a) A child born outside of the United States of alien parents, or of an alien parent and a citizen parent who has subsequently lost citizenship of the United States, becomes a citizen of the United States upon fulfillment of the following conditions:

(1) The naturalization of both parents; or

(2) The naturalization of the surviving parent if one of the parents is deceased; or

(3) The naturalization of the parent having legal custody of the child when there has been a legal separation of the parents or the naturalization of the mother if the child was born out of wedlock and the paternity of the child has not been established by legitimation; and if

(4) Such naturalization takes place while such child is under the age of eighteen years; and

(5) Such child is residing in the United States pursuant to a lawful admission for permanent residence at the time of the naturalization of the parent last naturalized under clause (1) of this subsection, or the parent naturalized under clause (2) or (3) of this subsection, or thereafter begins to reside permanently in the United States while under the age of eighteen years.

(b) Subsection (a) of this section shall apply to an adopted child only if the child is residing in the United States at the time of naturalization of such adoptive parent or parents, in the custody of his adoptive parent or parents, pursuant to a lawful admission for permanent residence.

CHILD BORN OUTSIDE THE UNITED STATES; APPLICATION FOR CERTIFICATE OF CITIZENSHIP REQUIREMENTS[252a]

SEC. 322. (a) A parent who is a citizen of the United States may apply to the Attorney General for a certificate of citizenship on behalf of a child born outside the United States. The Attorney General shall issue such a certificate of citizenship upon proof to the satisfaction of the Attorney General that the following conditions have been fulfilled:

(1) At least one parent is a citizen of the United States, whether by birth or naturalization.

(2) The child is physically present in the United States pursuant to a lawful admission.

(3) The child is under the age of 18 years and in the legal custody of the citizen parent.

[252a] This section was amended in its entirety by § 102(a) of the Immigration and Nationality Technical Corrections Act of 1994 (P.L. 103–416, 108 Stat. 4306, Oct. 25, 1994), effective as of April 1, 1995, under § 102(d) of that Act.

JEFATURA REGISTRO CIVIL
PROVINCIA GUAYAS
Nº 152685
DOCUMENTO
VALOR S/ 5,00

152.685

REPUBLICA DEL ECUADOR

JEFATURA PROVINCIAL DE REGISTRO CIVIL,CEDULACION E IDENTIFICACION DEL GUAYAS.-COPIA INTEGRA DEL ACTA DE INSCRIPCION DEL NACIMIENTO DE: GARY ROBERTO FALCETTA BASTIDAS.- En Guayaquil,provincia del Guayas, hoy día seis de Octubre de mil novecientos setenta y siete,el que suscribe,Jefe de Registro Civil,extiénde la presente acta de inscripción del nacimiento de:Nombres:GARY ROBERTO.Apellidos:FALCETTA BASTIDAS.Sexo:Masculino.Fecha de Nacimiento:Veintidos de Julio de mil novecientos setenta y siete.Lugar:Maternidad,de Cantón Guayaquil, Provincia Guayas.Nombres y Apellidos del Padre:Giuseppe Falcetta,de nacionalidad italiana,de estado soltero,con Cédula de Identidad N. Pas N.B 790243.Nombres y Apellidos de la Madre:Isabel Cristina Bastidas Morán,de nacionalidad ecuatoriana,de estado soltera,con Cédula de Identidad N.I2-0I07.930-6.Solicitó esta inscripción Isabel Cristina Bastidas Morán,con Cédula de Identidad N.I2-0I07.930-6,de veinte años de edad,de profesión estudiante,de nacionalidad ecuatoriana,quien hace constar además que es el primer parto.OBSERVACIONES:Se hace esta inscripción mediante poder otorgado por el padre del inscrito desde la ciudad de Nueva York y debidamente legalizado en el Ministerio de Relaciones Exteriores Quito el tres de Octubre

Bastidas M.Declarante.Es fiél copia de su original que se encuentra en el Registro de Nacimientos correspondiente al año I.977,tomo I7, página II9,acta 9.325.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.x.

Guayaquil, 3 de Diciembre de I.980.

EL JEFE DE REGISTRO CIVIL

RIVERA CARVAJAL
Delegado del Jefe Provincial de Registro Civil, Identificación y Cedulación del Guayas

Dirección General de Registro Civil Identificación y Cedulación
JEFATURA PROVINCIAL GUAYAS

J. CON G.

ENGLISH TRANSLATION

079

THE CHIEF OF THE CIVIL REGISTRY OF GUAYAS

Request, that in the bottom of the present is extended a Integral photocopy of Act of the Inscription of GARY ROBERTO FALCETTA BASTIDAS, born in Guayaquil, on July 22, 1977-17-119-9325.

REPUBLIC OF ECUADOR
PROVINCIAL CHIEF OF THE CIVIL REGISTRY & IDENTIFICATION OF GUAYAS

Photocopy of the Birth of/ GARY ALBERTO FALCETTA BASTIDAS.x.x.x.x.x
" Guayaquil, Province of Guayas, on October 6, 1977, the Subscribed, Chief of the Civil Registry extended the present inscription of act of/name and last name of GARY ROBERTO FALCETTA BASTIDAS, masculine, date of birth July 22, 1977, place / maternity, of the region of Guayaquil, Province of Guayas, name of the father/ GUISEPPE FALCETTA, Italian Ps#B 790243, single, name of the mother/ ISABEL CRISTINA BASTIDAS MORAN, Ecuadorian, single, Identification card No. Cd#12-0107930-6, requested this inscription/ ISABEL CRISTINA BASTIDAS MORAN, student, 20 years old, who certify also, that this is her first pregnancy. This inscription is made according with the power grant by the father, the inscribed, since New York and legalized in the Ministry of Foreign relation, Quito, on October 3, 1977, mentioned photocopy is filed. Signatures Isabel Bastidas ( f. V.H. Romero, Officer of the office of the Civil registry. Attest that in the Registry of Birth year 1977, Book 17 page 119 act 9.325.

Guayaquil, on November 1977
The Chief of the Civil Registry
Official Seal & Stamp
Victor Hugo Romero A.
Officer

I, Katherine Ruiz hereby certify that I am competent to translate form Spanish Language to English and this is an accurate translation according to its original document.

Katherine Ruiz
Translator

State of New York
County of Queens
Sworn to before me, this
19th day of July, 2004.

JORGE LUIS CAMACHO
NOTARY PUBLIC, State of New York
No. 24-4823456
Qualified in Kings County
Certificate Filed in Bronx County
Commission Expires April 30, 2006

At a Special Term, Part 5A of the New York State Supreme Court at the County Courthouse, County of New York on JUL 01 1987

Present: Hon. JAWN A. SANDIFER JSC

JORGE DELGADO, plaintiff

vs.

ISABEL DELGADO, defendant

DIVORCE JUDGMENT

Index No: 37737 /87

Calendar No: 3W07519

(a) This action was submitted to me for consideration on JUL 01 1987

(b) The defendant was served personally within the state.

(c) Plaintiff presented a verified complaint.

(d) Defendant admitted service and waived the time to answer.

(e) The Court accepted written proof of non-military service.

Now, on motion of JORGE DELGADO, plaintiff, it is

ORDERED AND ADJUDGED that:

1. Plaintiff shall have judgment that the marriage of the parties is dissolved on the evidence found in the Findings of Fact and Conclusions of Law in accordance with Domestic Relations Law, Section 170, Subd. 1;

2. The woman may resume of her maiden name, which is BASIIDA or other former surname.

3. The issue of the marriage are/is: NONE.

FILED

JUL 17 1987

COUNTY CLERK'S OFFICE NEW YORK

ENTER

JAWN A. SANDIFER

J.S.C.

Clerk

2 8 OCT 2002



REPUBLICA DEL ECUADOR

DIRECCION GENERAL DE REGISTRO CIVIL, IDENTIFICACION Y CEDULACION

Nº 0144715

# ACTA DE MATRIMONIO

$ 8.00

En GUAYAQUIL, a VEINTIOCHO, del mes de OCTUBRE del año 2002; a las 11:00 de la MAÑANA ante el que suscribe, Jefe de Registro Civil, Identificación y Cedulación, comparecieron, por una parte GUSTAVO ALBERTO LEON LOPEZ, con cédula de identidad y/o ciudadanía No. 0907480057, de nacionalidad ECUATORIANA, de estado civil DIVORCIADO, de profesión ESTUDIANTE, de 41 años de edad, nacido en DAULE GUAYAS 14- FEBRERO_ (

y domiciliado en ESTA CIUDAD hijo de DIOGENES LEON,

de nacionalidad ECUATORIANA de estado civil SOLTERO, de profesión COMERCIANTE domiciliado en ESTA CIUDAD y de MERCEDES LOPEZ

de nacionalidad ECUATORIANA de estado civil SOLTERA, de profesión Q.DOMESTICOS domiciliada en ESTA CIUDAD; y por otra ISABEL CRISTINA BASTIDAS,

con cédula de identidad y/o ciudadanía No. pst. 11969907 de nacionalidad ESTADOUNIDENSE de estado civil DIVORCIADA de profesión EMPLEADA de 45 años de edad, nacida en GQUIL. 08- JUNIO 1957 y domiciliada en TRANSITO hija de

EDUARDO BASTIDAS, de nacionalidad ECUATORIANA de estado civil X.X.X.X.X, de profesión X.X.X.X.X, domiciliado en X.X.X.X.X.X.X,

y de NORYS MORAN MOREIRA, de nacionalidad EUATORIA A,

de estado civil SOLTERA, de profesión QEJECUTIVA DEL HOGAR, domiciliada en ESTA CIUDAD

y declaran solemnemente, en presencia de los testigos: ______


RESIDENT ALIEN
FELCETTA-BASTIDAS, GARY ROBERTO
WAIVED

ALIEN REGISTRATION RECEIPT CARD

PERSON IDENTIFIED BY THIS CARD IS ENTITLED TO RESIDE PERMANENTLY AND WORK IN THE U.S.

38124108 11 20 775 296 37417

A NUMBER [illegible] CK [illegible] [illegible] PARITY [illegible]

4333 28907 41722 85377 17068

[illegible] IDW 1 IDW 2 IDW 3 PARITY 2

072883 692 083 06423 5977576

ADM/ADJ DATE COB [illegible] CODE SOUNDEX PARITY 3

FORM I-551 [illegible]

# THE UNITED STATES OF AMERICA

No. 20746332



## CERTIFICATE OF NATURALIZATION

*Personal description of holder as of date of naturalization:*

*Date of birth:* JUNE 08, 1957

*Sex:* FEMALE

*Height:* 5 *feet* 03 *inches*

*Marital status:* DIVORCED

*Country of former nationality:* ECUADOR



*INS Registration No.* A37 468 436

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.* Isabel Cristina Bastidas

*(Complete and true signature of holder)*

*Be it known that, pursuant to an application filed with the Attorney General at:* NEW YORK, NY

*The Attorney General having found that:* ISABEL CRISTINA BASTIDAS

*then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the* U.S. DISTRICT COURT FOR THE EASTERN DISTRICT

*at:* BROOKLYN, NY *on:* JANUARY 12TH, 1994

*that such person is admitted as a citizen of the United States of America.*



*Commissioner of Immigration and Naturalization*

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

DEPARTMENT OF JUSTICE

FORM N-550 REV. 6-91