# EXHIBIT 4

## PROGRAM REVIEW REPORT

**WORK PERFORMANCE RATING:** Since August 16, 2004, Falcetta has been assigned to FSL UNICOR Recycle I. Due to the short period of time at this job assignment, he has not received any work reports.

**INCIDENT REPORTS SINCE LAST PROGRAM REVIEW:** Falcetta has maintained clear conduct since his arrival at FSL Elkton.

**FRP PLAN/PROGRESS:** Falcetta is currently assigned FRP COMPLETE. At his sentencing, the District of Connecticut imposed a $100 Felony Assessment Fee. He completed this FRP obligation on April 27, 2004. There are no other known court-ordered financial obligations.

**PRERELEASE/PROGRESS:** RPP NEEDS.

**CCC RECOMMENDATION:** CCC placement will discussed, when Falcetta is within 11-13 months from his release date.

**PROGRESS MADE SINCE LAST REVIEW:** Falcetta is currently enrolled in and making satisfactory progress towards the completion of the ACE CDL Course, Computer VT, ACE Italian and the Qualities of Success Self-help Counseling Program. Since his last program review, he has completed his FRP obligation, ACE Social Behavior, and Philosophy classes. Also, he completed the Drug Education course and is on the waiting list of the Parenting class.

**GOALS FOR NEXT PROGRAM REVIEW MEETING:** The Psychology Department is requesting that Falcetta enroll in or be on the waiting list of the AA/NA Drug Group, by his next program review. By completing this group, he may gain information on dealing with any past problems with drug and/or alcohol list. Unit Team is requesting that Falcetta enroll in and complete Counselor Mraulak's weekly Positive Mental Attitude Group, by his next program review. By completing this group, he may gain information on remaining positive mentally throughout his remaining incarceration.

**LONG TERM GOALS:** It is suggested that Falcetta, when eligible, complete the UNIT RPP Program, before his release from federal custody.

**OTHER INMATE REQUESTS/TEAM ACTIONS:**

*Will Request Camp placement - MCKEAN, PA.*

**SIGNATURES:**

UNIT MANAGER: Earline R. Kinder          INMATE:_____
              DATE: August 25, 2004      DATE:   August 25, 2004