# EXHIBIT 5

# Certificate of Completion

### Awarded to

**Gary Falcetta**

For participation in Substance Abuse Awareness and Anger Management educational groups at the Wyatt Detention Facility.

_October 23, 2003_
Date

_Maria Garrido, Psy.D._
University of Rhode Island

_Jean Singleton_
Programs Director
Wyatt Detention Facility
Central Falls, Rhode Island