# EXHIBIT 6



**CORNELL**

Cornell Companies, Inc.
People Changing People

October 14, 2003

Attorney Jerome H. Diamond
19 West 44th Street
Suite 1609
New York, New York 10036

**RE: Falcetta, Gary**

Dear Attorney Diamond:

Please be advised inmate Gary Falcetta, #14337-014, was received at the Donald W. Wyatt Detention Facility on August 8, 2002. He is being held for the United States Marshals Service- Connecticut District for conspiracy to distribute heroin.

Since being held at this facility, Mr. Falcetta has maintained a positive attitude and adjustment. He has taken an active role in participating in the programs that the facility has provided to the inmates. Mr. Falcetta has completed an eight-week Anger Management and Substance Abuse program conducted at the facility by the University of Rhode Island Psychology Department. He participates in Christian religious services on a weekly basis. Mr. Falcetta was hired in the Inmate Worker's Program as a facility barber. He has received good evaluations from the staff in charge of his work performance. He was also hired as a receiving and discharge worker. He has received good evaluations from the staff in charge of that work area. Mr. Falcetta has also been selected as a Project Aware team member. In the program, he speaks with students from area schools and youth programs to deter them from inappropriate behavior peer pressure, and involvement in drugs and alcohol. Mr. Falcetta has spoken with the students about the realities of the situations the students must avoid in life so they do not find themselves in prison one day.

Mr. Falcetta has attempted to improve himself by his active participation in the programs that the facility has provided to him. He has shown he wants to give back to the community by his involvement in the Project Aware Program. Overall he has remained positive and has tried to make things better for himself and others.

If you should have any questions feel free to contact my office at (401) 729-1190 ext. 154.

Sincerely,

James M. O'Gara
Case Manager

Cornell Companies, Inc • Donald W. Wyatt Detention Center • 950 High Street • Central Falls, Rhode Island 02863
401-729-1190 • Fax 401-728-8970 • www.cornell...