# EXHIBIT 7

Dear Hon. Judge Underhill,

    I'm writing this letter to depict the character of Mr. Falcetta in what I hope is perceived as my unbiased opinion. Mr. Falcetta has been in my employ for approximately one year at the Donald W. Wyatt Facility. During this period I became well acquainted with him. I've found him to be both a diligent and conscientious worker. He handles the customers affable which is an arduous feat in this enviroment. But what I've found that distinguishes and impress me about this young man from the many inmates I"ve known is the sincere contrition he exudes for what he's done to cause himself and his family such anguish. He speakes constantly about making amends to his family and of his business aspiration to one day own his own barber shop. I like to think that I'm good judge of character and I hope this young man is shown some leniency by the court and is granted asecond chance to salvage his life and make amends to his family, society and to himself.

Sincerely

*Norman C Demers*
Norm Demers
6/25/05