# EXHIBIT 8



Freedom of Information

> Electronic
  Reading Room
> Exemptions & Redactions
> FAQs
> Request Information

🖶 Printer Friendly Version

**Related Links**

> Department of Justice
  Reference Guide
> Department of Justice
  FOIA Site

## Substance Abuse Treatment FAQs

**Browse Questions**

- What type of drug treatment does the Bureau of Prisons offer?
- What does RDAP include?
- Who is eligible to participate in the Bureau's RDAP?
- How does an inmate volunteer for treatment?
- Are offenders able to gain early releases from incarceration if they complete resident treatment?
- Are inmates with detainers ineligible for early release?
- Can an offender participate in RDAP if he/she is not eligible for an early release?
- Where are RDAPs located?

---

**What type of drug treatment does the Bureau of Prisons offer?** (top)

The Bureau offers a wide range of treatment services for offenders with varying levels of dru

- Drug Abuse Education classes are offered at every Bureau institution.
- Non-residential drug abuse treatment is offered at every Bureau institution for offenders v problems, those waiting to enter a Residential Drug Abuse program (RDAP), or those who d time to enter and complete the RDAP.
- RDAPs are designed for those with severe drug abuse problems and are available at nea Bureau's institutions.
- Transitional Drug Abuse Treatment is also offered at every institution as a required comp or for inmates with a drug problem preparing to release to the community.
- Community transitional drug treatment is available to inmates with drug problems who ha transferred to community corrections centers (CCCs) in preparation for release from Bureau

---

**What does RDAP include?** (top)

In RDAP, inmates are engaged in group counseling for 3-4 hours per day over a 9 month pe delivered by drug abuse treatment specialists, who are supervised by a drug abuse program

RDAP participants live together in a housing unit separate from the general population. The behavioral program includes components to break down criminal thinking, build rational thinl relationships and interpersonal skills, and help inmates develop a strategy to maintain recov free lifestyle.

After an inmate completes the unit-based phase of the RDAP, he/she must participate in ins community transitional drug abuse treatment. Institution transition includes a review of RDAF to the general population. The community transition program is required of all inmates who c based portion of RDAP and are later transferred to a CCC, usually for six months at the end sentence. Community transition includes continued treatment with a community-based treatr

a formal treatment report to U.S. Probation when an inmate leaves Bureau custody and tran:
release under U.S. Probation. This ensures a continuity of care for the inmate under supervi:

---

**Who is eligible to participate in the Bureau's RDAP?** (top)

All inmates who volunteer for and meet the criteria of a drug use disorder, i.e., substance ab
dependence, as defined in the American Psychiatric Association's Diagnostic and Statistical
The determination for qualification is made by the drug abuse program coordinator, a psychc
affirm or reject a diagnosis based on offender self-report and appropriate collateral documen

---

**How does an inmate volunteer for treatment?** (top)

An inmate may volunteer by sending a request for treatment to his/her case manager or the
abuse program coordinator, available at every Bureau institution.

---

**Are offenders able to gain early releases from incarceration if they complete residenti**
(top)

The 1994 Violent Crime Control and Law Enforcement Act allows the Bureau's Director, at h
to provide up to one year early release for non-violent inmates who complete the entire RDA

The RDAP coordinator, the offender's case manager, and, when appropriate, legal staff revie
record to determine if he/she is provisionally eligible for an early release. Offenders who are
provisionally eligible by policy must complete all components of RDAP, institution transition,
transition, as well as sustain clear conduct.

For further information on early release eligibility, see Program Statements 5330.10 and 516

---

**Are inmates with detainers ineligible for early release?** (top)

Ordinarily, if an inmate has a detainer, they are unable to furlough transfer to a CCC, and the
to complete the third component of RDAP (community transition services). Inmates with deta
accepted by a CCC may be eligible for early release consideration.

---

**Can an offender participate in RDAP if he/she is not eligible for an early release?** (top)

If otherwise qualified for admission, an offender can participate in RDAP, regardless of his/h
eligibility.

---

**Where are RDAPs located?** (top)

Select for current RDAP locations.

---

Home  |  About  |  Inmate Locator  |  Prison Facilities  |  Careers
Inmate Matters  |  Policy / Forms  |  Doing Business  |  News / Information

**Accessibility  |  Privacy Policy  |  Search  |  Site Map  |  Site Help**