# EXHIBIT 9

Honorable Stefan R. Underhill
U.S. District Court Judge
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Ct 06604

Dear Judge Underhilll:

Hi, my name is Patricia Falcetta. I am Gary Falcetta's wife. I am currently an Administrative Assistance for the department of athletics at New York University. While holding said title during the morning, I attend the University at night.
I have known Gary for eleven years now and he has always been a devoted and loving father to his two daughters, Vanessa and Vianca.

I want to take this opportunity to let you know how I feel and that is the belief that some people are bound by destiny to learn the hard way, what life is all about. However, hardship can make somebody look at life and his/her actions differently after experiencing something as hard as incarceration. In other words, Gary is a different person. He is a better person now and is only asking for an opportunity to prove it to anyone who is willing to give him that chance.
Through my employer, Gary has the opportunity to attend classes (with my benefit of tuition remission) and better his future. I know that this is what Gary wants and is willing to do it so that his daughters can someday look up to him and not feel ashamed of the past.
Please find it in your heart to give Gary a chance to be somebody better. We miss him terribly.

Sincerely yours,

Patricia Falcetta