# EXHIBIT 10

Dear Judge Underhill:

First of all I would to start by greeting you and take the opportunity to write about Mr. Gary Falcetta who I have known to be a humble, kind, helpful and most of all honest person. As human beings that we all are, we tend to make mistakes and put ourselves in difficult and complicated situations with the sole purpose that at the end we will find ourselves. Whether we realize it or not, our experiences determines who we are and who we are going to be. I have known Gary for 11 years now, first as my daughter's boyfriend and later as my son in law. I have seen his change in behavior and attitude towards life and I know that he has reached the path of finding out who he really is and who he wants to be from now on. Because of what he is going through, he has learned to be a better father and understanding husband. I see the change in him and only hope that you can see it as well.

Most importantly, I will trust your kindness in returning this family the peace of mind and tranquility that they have needed for a long time.


Yours truly,


Teresa Matos

Thursday, April 14, 2005

Dear Judge Underhill,

My name is Belen Rosario.  I am Gary Falcetta's sister-in-law.  I have known Gary for eleven years now.

Throughout the years, Gary has proved to be a very honorable person.  He started a family with my sister, Patricia, at a very young age and still stood up to the responsibilities that two children brought to him.  I personally can say Gary is one of the most responsible and loyal people I have ever known.

I know that if someone does something wrong, they should pay the price for it specially when it comes to the law.  But deep in my heart I know that Gary has learned from his mistake.  I can assure to you that my family will be there for him unconditionally as he has been there for us with all of his support and great sense of humor.

I plead to you to give him a second chance to prove to you and those who do not know him the way he really is, a loyal friend, excellent father, loving husband, and caring uncle.

I love my sister and my nieces and the only thing that would make them happy again is to have Gary back home.  I pray to God this would happen soon and trust in your good judgment to make it happen.

With best regards,

Belen M. Rosario

Honorable Stefan R. Underhill
US District Court Judge
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Dear Judge Underhill:

My name is Cesanna Bedoya
I work as a medical Biller
for a physical therapy facility
I've known Gary Falcetta for
about 11 years. I am his
sister-in-law. Gary to me
and my sisters is a brother.
I feel Gary is an honest
and responsible man. The way
he carries himself in front of
his daughter is nothing but
caring and loving. He is a
good father and a great
husband to my sister. Gary
always been the protector of
us. I've never had a brother
and the relationship that we

Honorable Stefan R. Underhill
U.S. District Court Judge
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

"Dear Judge Underhill:"

My name is Nelson Zarate, I am a Letter Carrier for the United States Postal Service. Gary Falcetta is my Step-son. I met gary when he was eight years old. Gary has always been respectful towards me and his family. Over the years Gary has grown into a fine young man. He is a father to two beautiful girls (Vannesa, Bianca) and a husband to a wonderful and determined young lady (Patricia).

Gary is a family man who wants very much to be with his family. To help raise his daughters and support his family. Patricia has stood by Gary because she loves him and believes in him. We all believe in him, Gary made a mistake and is ready to move on with his life. Please give him that chance.

Sincerely yours,

Nelson Zarate

Honorable Stefan R. Underhill
US. District Court Judge
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Ct 06604

Dear Judge Underhill:

My name is Layla Santana, I'am a
home marker. Gary Falcetta is my
brother-in-law. I know Gary for
12 years and I will let you know
that he is a good father and husband
to my sister Patty.
He has always shown to be a
responsible and carring Person. I have
seen the change in him and I
understand what happened but would
like to let you know that he is
desperate to show his family all the
good ~~things~~ that he can do for them. And
I beleived him. Please don't let
this mistake over shadow his goodness.

                    Sincerely yours,
                    Layla Santana

May 10 2005


**Honorable Stefan R. Underhill**
**Us District Court Judge**
**District of Connecticut**
915 Lafayette Blvd.
Bridge Port, CT  06604

Dear Judge Underhill:

My name is Miryam Peregrina, I am Gary's aunt.  Every time I remember Gary, I see a gentle young man, generous with every person and willing to help anyone who needs it. He is a loving father and husband, a good son and brother. I admire my nephew and I am proud to be his aunt.

I wish that Gary would come back to our family so that we can all once more have the opportunity to enjoy his personality and for him to have a chance at recovering his life to be the great father that he is to his little girls.
Thank you for the attention to this letter.


Miryam Peregrina

**Honorable Stefan R. Underhill**
**U.S. District Court Judge**
**District of Connecticut**
**915 Lafayette Boulevard**
**Bridgeport, CT 06604**

Dear Judge Underhill:

My name is Vivian Fandino I'm 24 years old I work at Bulova Corporation my job title is Finical organizer, I'm a student at Interboro Institute (Business College) my major is Paralegal Studies. My relationship to Gary Falcetta is friends, I have know Gary since I was born. His family and me have always been very close. Gary and me grow up in Jackson Heights Queens N.Y. Gary always showed me right from wrong. He's a funny person, always been a good son. As I watch Gary change from a boy to a grown man he's always done right for his family. I remember when I started at Newtown High School Gary was about to graduate that year. I was so scared of being picked on, since my high school was known for not being the best. Gary would walk me to class and make sure I was okay, during lunch I would meet up with him to eat, and we would just talk about things like new clothes, music etc.The neighborhood we grow up in was not easy, my mother would not let me play outside, unless she knows someone responsible would be there watching me. Gary would not let me out his site, when he felt it was time for me to go upstairs he would scream my mothers name and tell my mom he was sending me up. I would get mad cause I wanted to keep playing, but now I understand why he was like that he wouldn't want anything or anybody bad around me or my other friends. I remember going camping with our families, we had a blast going to the lakes and boating at night

we would stay up making jokes on each other , we had good times. I can honestly say from my heart Gary was more then a friend to me, he was my brother. I can talk to him about anything and know it will be between us and he would always give me great advice.

When Gary got married to Patricia he was so happy, it was a small party at his mothers house. I remember Gary and Patricia dancing and Vanessa there first born daughter running to them. He was so happy he was married and had his family, he know he married the lottery cause there are no words to explain how great of a wife and mother Patricia is. Gary is a great father to his two daughters, those little girls would do anything to have him by there side. Gary got along with every one never had problems with any one or the law, until now. I was very upset and so was evrey one else when we found out. When I went to visit Gary in Rhode Island I could not hold it in I broke down in tears when I saw my close friend there. He knows what he did and that's why he is there, but he wishes more then anything in the world to be with his family especially his little girls. I spoke with Gary on the phone he was telling me how he has learned his lesson, jail is no place to be.

There are many great things to say about Gary, not just because I know him for 24 years, any one who has meet Gary for a short period can tell you how nice his personality is. The only thing I can say is Gary Falcetta has learned from his mistake, and he is a wonderful husband father brother, and friend.

Sincerely,

Vivian Fandino

Dear judge _____

Hi my name is vanessa Falcetta
my Dad is nice and he
is ___ and please give him
one _____ more chance
if you do youre my friend
I have a Love in my
heart ___ it is my
Daddy Please, Please give
him ___ ___ ___ chance
my Dad _____ the pictures
and I hang and I ___
___ and I LOVE
he ___ the only Love
is my Daddy ___ s

Don't forget I am your
____. My Dad Loves me
___ you know that my
___ LOVES my Daddy.
I ___ you ___
___ I'll say
___ you ___ ___
___ ___ ___ ___

Thing

PS Dont forget
Your Friend,
VaNESSa: Dye