# EXHIBIT 11

Honorable Stefan R. Underhill
U.S. District Court Judge
District of Connecticut
915 Lafayette Boulevard
Bridgeport C.T. 06604

Dear Judge Underhill:

    Sir, I am writing you this letter in hopes of convincing you to re-sentence me. I have now finished aproximately 35 months of my 70 month sentence. While in prison I have had much time to consider the age old question of: Where do I go from here?
    I have a wife and two young girls, age 5 and 8 years old who truly need a husband and father at home to support them financially and physiologically. I am absolutely committed to do both. During my time in prison I strongly feel I have matured and learned not only what I should do in life, but just as importantly - what I should not do. I will upon release, apply to New York University for a business degree and upon graduation open my own barbering business. I am fully aware this will take time and sacrifice simply because I'll have to attend evening courses so that I will have a full time job during the day so that I will be able to support my family. I am very serious when I state that I am not intimidated by these challenges. I welcome them.
    Before I got into my unfortunate problem, I served 3½ years in the U.S. Navy. The time I served in the

U.S. Navy and even during my incarsaration, I believe, has helped me mature into a more responsible and caring person who now looks forward to an honest days work and quality time spent with my family.

Your Honor, I request with humility, for me to be resentenced and in return I promise you and all those who have faith and believe in me, that I will be a hard-working productive member of society.

Thank you for giving this letter your attention

Sincerely
Gary R. Falatta