# Day, Berry & Howard LLP
COUNSELLORS AT LAW

**FILED**

Jennifer L. Sachs
Direct Dial: (203) 977-7572
E-mail: jlsachs@dbh.com

2005 SEP 27  A 9: 42

U.S. DISTRICT COURT
BRIDGEPORT, CONN

September 21, 2005

Hon. Stefan R. Underhill
United States District Court for the District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

    Re:    U.S. v. Falcetta, No. 3:01 CR 00205

Dear Judge Underhill:

    I write to correct a remark I made at Mr. Falcetta's September 19, 2005 resentencing. During those proceedings, I indicated that Mr. Falcetta held a supervisory position over a number of other inmate workers in his job as a camp orderly at FCI-McKean's administrative office. I have since learned that, although he does train other workers due to his seniority and both inmates and personnel look to him for assistance, Mr. Falcetta is not and cannot be a supervisor because the institution's policies do not permit inmates to supervise one another. The camp administrator with whom I spoke, while she indicated that Mr. Falcetta was mistaken in his belief that he was a supervisor, also commended him for being conscientious and hard-working.

    I apologize for my unintentional mistake regarding Mr. Falcetta's current employment.

Very truly yours,

Jennifer L. Sachs

cc:    Michael P. Shea, Esq.
       James J. Finnerty, Esq.
       Gary Falcetta
       Patricia Falcetta